# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0166

VERSUS

RANELL BRUMFIELD

**MARCH 27, 2023**

---

In Re:   Ranell Brumfield, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 20-CR1-143888.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on relator's motion to quash on February 27, 2023.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT